IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 09-1077
 ((((((((((((((((

 In Re Williams Farms Produce Sales, Inc., Relator

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. Pursuant to the notice of bankruptcy of Edward Fortune May,
filed with this Court on January 25, 2010 this case is ABATED effective as
of January 13, 2010.
 2. This case is abated pursuant to Tex. R. App. P. 8.2 until
further order of this Court and is removed from the Court's active docket,
subject to reinstatement upon proper motion. Tex. R. App. P. 8.3. All
motions and other documents pending or filed are abated subject to being
reurged in the event the case is reinstated. Tex. R. App. P. 8.2 and 8.3.
It is the parties' responsibility to immediately notify this Court once the
automatic bankruptcy stay is lifted.

 Done at the City of Austin, this 25th day of January, 2010.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk